ORDER

PER CURIAM:
Order affirmed.  Each party to bear own costs.

452 A.2d 1017

MILL-MAR, INC.

v.

Frank and Alma STATHAM, James E. and Harriet J. Keena, Ronald V. and Bonita L. Kalwara, John C. and Anna M. Myers, Walter T. and Henrietta J. Hynicka, George P. and Sharon J. Olsen, Richard D. and Patricia A. Claffey, Mary Lorene Fox, Daniel J. and Madelyn E. Ward, Richmond Hills Savings Bank, Crockett Mortgage Co., Federal Mortgage Association, Fulton National Bank, Commonwealth National Bank and First Federal Savings and Loan Association, their heirs and assigns and all successors in title to a parcel of real estate situated in East Hempfield Township, Lancaster County, Pennsylvania.

Appeal of Frank STATHAM and Alma Statham and James E. Keena and Harriet J. Keena.

Supreme Court of Pennsylvania.

Argued Oct. 21, 1982.

Decided Dec. 10, 1982.

Menno B. Rohrer, Lancaster, for Statham's.

D. Patrick Zimmerman, Lancaster, for Kenna's.

David E. Wagenseller, III, Lancaster, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Appeal dismissed, 278 Pa.Super. 296, 420 A.2d 548, as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent and would reach the merits.

452 A.2d 1018

**In the Interest of Lindsay RYAN and Vincent Long, Minors.**

**Appeal of Lindsay RYAN and Vincent Long.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1982.

Decided Dec. 10, 1982.

Raymond R. Williams, Asst. Public Defender, for appellants.

Vram Nedurian, Jr., Media, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.